CLARK & CO., Respondent, v. ZIMMERMAN, Appellant. (Supreme Court, Appellate Division, First Department. April 4, 1913.) Action by Clark & Co. against Jacob A. Zimmerman. B. G. Paskus, of New York City, for appellant. F. Hulse, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.